FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JUN 10 2011
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEREE R. WALDON,<br><br>          Petitioner,<br><br>vs.<br><br>G. GARCIA, Warden,<br><br>          Respondent. | Case No. EDCV 11-0109-SJO (RNB)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATION<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) respondent's Motion to Dismiss is granted; and (2) Judgment be entered dismissing this action for lack of subject matter jurisdiction.

June 9, 2011

DATED: _____

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE