JS-6 / ENTER

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JUN 1 0 2011
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEREE R. WALDON, | Case No. EDCV 11-0109-SJO (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| G. GARCIA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed for lack of subject matter jurisdiction.

DATED: June 9, 2011

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 1 0 2011
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY